*I. H. Van Winkle* for petitioners. *Mr. Howard P. Arnest* for respondents.

No. 827. SLY *v.* PRUDENTIAL INSURANCE Co. May 3, 1937. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. Robert B. Gaylord* for petitioner. *Mr. Cyril W. McClean* for respondent.

No. 835. HALLIBURTON ET AL. *v.* JOHNSTON FORMA-TION TESTING CORP. ET AL. May 3, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Frederick S. Lyon* and *Leonard S. Lyon* for petitioners. *Mr. D. A. Simmons* for respondents.

No. 840. BLOCK *v.* UNITED STATES. May 3, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis Halle* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Mr. Mahlon D. Kiefer* for the United States.

No. 841. GRIGSBY *v.* COMMISSIONER OF INTERNAL REVENUE. May 3, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Isaac B. Lipson* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Berryman Green* for respondent.